## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

**UNITED STATES OF AMERICA**          :

      **v.**          :          **CRIMINAL NO. 05-440-01**

**ALTON COLES**          :

### INFORMATION CHARGING PRIOR FELONY DRUG CONVICTION
### PURSUANT TO TITLE 21 UNITED STATES CODE, SECTION 851(a)

The United States of America, by its attorneys Patrick L. Meehan, United States Attorney for the Eastern District of Pennsylvania, and Richard A. Lloret and Michael J. Bresnick, Assistant United States Attorneys for the district, hereby files this Information, charging the above-named defendant with having been previously convicted of a felony drug offense for purposes of sentencing enhancement pursuant to 21 U.S.C. § 851(a), as described below:

1.    On or about November 22, 2002, defendant Alton Coles was sentenced in the Camden County Superior Court in New Jersey on his conviction for the felony drug offense of possession of a controlled dangerous substance or its analog, at case number CAM970501564I, to a term of one year probation.

2.    On or about June 5, 1997, defendant Alton Coles was sentenced in the Court of Common Pleas of Delaware County, Pennsylvania on his conviction for the felony drug offense of manufacturing, delivering, or possessing with intent to deliver a controlled substance, at case number CP-23-CR-0001056-1994, to a term of 11 months, 29 days to 1 year, 11 months, and 29 days imprisonment.

3.    Alton Coles is charged in the pending Fifth Superseding Indictment, Criminal No.

05-440-01, with the following drug trafficking crimes: in Count 1 with conspiracy to distribute and possess with intent to distribute five kilograms or more of a mixture or substance containing a detectable amount of cocaine and 50 grams or more of a mixture or substance containing a detectable amount of cocaine base ("crack"), in violation of  21 U.S.C. § 846; in Count 2 with engaging in a continuing criminal enterprise, in violation of 21 U.S.C. § 848(a); in Count 40 with distributing cocaine, in violation of 21 U.S.C. § 841(a)(1); in Count 62 with possessing with intent to distribute cocaine, in violation of 21 U.S.C. § 841(a)(1); in Counts 38, 41-48, and 50-56, with using a communication facility to facilitate a drug trafficking crime, in violation of 21 U.S.C. § 843(b); in Counts 49 and 61 with maintaining a drug storage facility, in violation of 21 U.S.C. § 856(a)(2); and in Count 176 with investing drug income in an interstate enterprise, in violation of 21 U.S.C. § 854. Coles is also charged with wire fraud, money laundering, structuring, and firearms violations. Coles's prior felony drug convictions in New Jersey and Pennsylvania serve as the basis for increased punishment pursuant to 21 U.S.C. § 841(b)(1)(A)(ii) in the present case.

WHEREFORE, the government respectfully gives notice, pursuant to 21 U.S.C. § 851(a) that defendant Alton Coles, upon conviction of a violation of 21 U.S.C. § 846, 21 U.S.C. §§ 841(a)(1), (b)(1)(A), 21 U.S.C. § 848(a), 21 U.S.C. § 843(b), 21 U.S.C. § 856(a)(2), or 21 U.S.C. § 854, will be subject to enhanced criminal penalties under 21 U.S.C. § 841(b)(1)(A)(ii) in this case.

Respectfully submitted,

PATRICK L. MEEHAN
United States Attorney


/s/ Michael J. Bresnick
RICHARD A. LLORET
Assistant United States Attorney

MICHAEL J. BRESNICK
Assistant United States Attorney

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and correct copy of the Government's Information

Charging Prior Felony Drug Conviction has been served on counsel for defendant by email and

United States mail, first class postage prepaid, addressed as follows:

Christopher D. Warren, Esquire
1500 Walnut Street
Suite 1500
Philadelphia, PA 19102.

/s/ Michael J. Bresnick
MICHAEL J. BRESNICK
Assistant United States Attorney

Date: December 17, 2007