IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CAUSE OF ACTION NO. 05-440 |
| | ) | |
| - vs - | ) | AFFIDAVIT OF OFFER OF PROOF |
| | ) | |
| ALTON LAMAR COLES | ) | |

COMMONWEALTH OF PENNSYLVANIA    :

:  Affirmed and signed.

PHILADELPHIA COUNTY    :

COMES NOW, I, Alton Lamar Coles, hereinafter "Affiant," being of majority age and competent to testify, not schooled in the law, knowing right from wrong, my yes be yes, my no be no, do hereby affirm, declare and state the following to wit:

1.    Affiant has examined the initial wiretap affidavit in Case No. 05-440, prepared by Anthony Tropea, d.b.a. ATF-Special Agent, and discovered it was not dated nor does it have the printed name of the signing U.S. District Judge.

2.    Affiant has examined the first renewal wiretap Affidavit In Support of Application of the Continued Interception of Wire Communication of Cellular Telephone, hereinafter "extension order(s)," which was prepared by Michael Ricko, d.b.a. ATF-Special Agent, and discovered a different signature then the initial signature on the initial wiretap affidavit.

3.    Affiant examined the first extension order and discovered it contained a prominent displayed printed name of the U.S. District Judge whose name and signature appear along with it being dated.

4.    Affiant examined the four (4) extension order(s) in toto and discovered that U.S. District Judge Eduardo Robreno executed them but does not identify Judge Robreno as the U.S. District who executed the initial wiretap affidavit.

5.    Affiant has examined the initial wiretap affidavit application and the four (4) extension order(s) and discovered, upon comparing all five (5) signatures of Eduardo Robreno, U.S. District Judge, only the extension order(s) show consistent, similiar complete signatures of U.S. District Judge Eduardo Robreno, with the initial wiretap affidavit having very dissimiliar and different signature than the others, and believed to be a forgery by someone making it appear as if it had been signed by U.S. District Judge Eduardo Robreno and undated, as well.

6.    Affiant was advised, on or about April 2006, that a 'confidential government em-

ployee informant in 2005 and prior to the indictment in Case No. 05-440, that the initial wiretap affidavit application was in fact not signed by Eduardo Robreno, U.S. District Judge, due to his being out of town at the time.

7.    Affiant has examined various Criminal Procedures and Rules and has discovered that a U.S. District Judge can not simply tell someone to sign a wiretap application without reading the affidavit himself and designating the appropriate court officer to sign in his staed.

8.    Affiant's further examination has discovered the Attorney General of the United States nor any specially designated Assisatnt Attorney by him had not authorized the inmitial wiretap application which resulted in the first wiretap order.

9.    Affiant's further examination of various Criminal Procedures and Rules has discovered the alleged evidence obtained by Messrs. Tropea and Ricko, from the initial interception order based on procedures followed in obtaining the first authorization without the Attorney General or his designee, coupled with the forged signatures of U.S. District Judge Eduardo Robreno, voids the order and labels the order illegal and subjects the alleged evidence to be suppressed.

10.    Affiant, after examining the initial application, which is considered 'essential in fact' to granting any subsequent order(s), has discovered the initial order to be illegal and void on its face due to the Judge's signature being a forgery, no printed name of the Judge or date, coupled with not having the Attorney General of the United States or his designee's authorization.

**Further, Affiant sayeth naught.**

## VERIFICATION AND CERTIFICATION

The undersigned herewith affirms, declares and states that the undersigned issues this Affidavit of Offer of Proof with sincere intent, possesses competence for stating the matters set forth herein, and attests, upon undersigned's unlimited commercial liability and understanding the pains and penalties of perjury, that the contents herein are true, correct, certain, and complete, admissible as evidence and not meant to mislead, in accordance with undersigned's sincerely held spiritual convictions and creed.

Additionally, undersigned does herewith certify, verify and attest that undersigned did prepare and execute the within instrument and that the foregoing statements made by the undersigned are the truth, the whole truth, and noting but the truth and are of under-

signed's own personal first-hand knowledge.

Also, as undersigned is unschooled in the law, should a real live natural person be damaged by statements made herein, the one damaged should inform undersigned at the address provided, the undersigned shall make every effort to amend undersigned's ways. Undersigned hereby and herein reserves the right to amend and make amendment(s) to this instrument so that the truth may be ascertained and the proceedings justly determined.

Should any one have information that controverts or overcomes this AFFIDAVIT OF OFFER OF PROOF they are to give notice by means of this document in written affidavit form within thirty (30) days from receipt hereof in keeping with the Rebuttal Section herein below with specificity and particularity by stating all requisite actual evidentiary fact and all requisite actual law, not merely the ultimate fact(s) and conclusion(s) of law.

## REBUTTAL

Anyone wanting to rebut any aspect of this AFFIDAVIT OF OFFER OF PROOF must do so point for point, using their Christian or Baptismal name or name given at birth, in upper and lower case format, sworn true, correct, certain, complete, not meant to mislead and having personal first-hand knowledge of each and every rebutted point, under their unlimited commercial liability and knowing the pains and penalties of perjury, before a commissioned Notary Public. No unsworn declarations are to be accepted as they may be utilized to shade or color the truth or provide untruth(s) by omission.

Further, each and every unrebutted point shall be deemed the truth of the matter as any unrebutted points of an affidavit stands as the truth and becomes a matter of law and substantive law. Additionally, each unrebutted point shall demonstrate no genuine issue as to a material fact regarding that point exists and that the Government's tacit acquiescence shall be evidence and proof of the Government's agreement and approval to each unrebutted point and to not dispute, controvert or contest, in a judicial or administrative tribunal proceeding, including a private administrative remedial process(es), of any type or kind whatsoever by undersigned.

Respectfully prepared and executed this _28th_ day of April A.D. 2008 by:

"Without Prejudice"

Alton Lamar Coles
Affiant

3 of 4

## ACKNOWLEDGMENT

**KNOW ALL MEN,** as no Notary Public is available, the herein-above signatory, having the herein-after address, did prepare the within instrument as of the day expressed.

**WHEREFORE,** now in the presence of the below Testes, the undersigned affirms and attests, on undersigned's unlimited commercial liability and understanding the pains and penalties of perjury, executes and authenticates as factual, genuine and truthful, the within instrument on the day last above written.

"Without Prejudice"

Alton Lamar Coles
#59791-066
FDC - PHILADELPHIA
PO BOX 562
PHILADELPHIA, PA 19106-0562

Teste                    Teste                    Teste

## PROOF OF SERVICE

The undersigned does hereby affirm and attest that a true and correct copy of the within instrument was caused to be mailed, via first-class, pre-paid postage U.S.P.S. regular mail, addressed in the following manner to wit:

Christopher Warren, Esq.       Michael Bresnick, AUSA       Richard Lorrett, AUSA
1500 Walnut Avenue             U.S. Courthouse              U.S. Courthouse
Suite 1500                     615 Chestnut Street          615 Chestnut Street
Phialdelphia, Pa 19102         Phialdelphia, Pa 19106       Philadelphia, Pa 19106

R.B. Surrick, USDC             E. Robreno, USDC
U.S. Courthouse               U.S. Courthouse
601 Market Street             601 Market Street
Phialdelphia, Pa 19106-1797   Philadelphia, Pa 19106-1797

Prepared and caused to be sent this          day of April A.D. 2008 by:

"Without Prejudice"

Alton Lamar Coles
Affiant

4 of 4