05-cr-440-11

IN THE UNITEDSTATES DISTRICT COURT
OF PENNSYVANIA
CRIMINAL DIVISION

| | | |
|---|---|---|
| UNITEDSTATES OF PENNSYLVANIA | * | NO. 60583066 |
| VS | * | |
| TERRY WALKER | * | |
| | * | |

RECEIVED
SEP 19 2013

APPLICATION FOR ORDER MANDATING CLERK OF COURT RECORDS AND TO FURNISH COURT RECORDS AND TRANSCRIBED NOTES OF TESTIMONY IN FORMA PAUPERIS

TO: THE HONORABLE JUDGES OF THE ABOVE

AND NOW, comes Terry Walker petitioner respectfully submitts the following facts and affidavit for an order furnishing him the court records in forma pauperis.

1. That petitioner is presently confined in the prison system awaiting post conviction procedures.

2. Petitioner respectfully request that he be furnished the following court records in the instant Criminal matter.

3. A Copy of the trial transcripts proceedings.

4. A Copy of the voir dire examination of jurors

5. The request records are both necessary and pertinent in the legal pursuance of petitioner's right under the united states constitution and pennsylvania constitution. The equal protection clause of the fourteeth amendment to the United states constitution requires a transcripts be furnished to an indigent defendant. Griffin vs Illinois 351 u.s. 12, 76 s. ct 585, 100 Led 2d 891(1956)

6. Our own high courts has made it abudently clear that an indigent prisoners has the right to have copies of all transcripts and related documents of their proceedings. see commonwealth vs goldsmith 441 PA 22, 304 A.2d 478(1973)

7. Petitioner states under oath that he is indigent without property or income excepting nominal wages earned for prison labor, that he is without the means to pay for the above said records; that these records are both necessary and pertinent to perfecting of proper relief in the above caption matter.

WHEREFORE, petitioner prays this honorable court issuing same to furnish petitioner with a certified copy of these respective court records.

AFFIDAVIT

Before me, the undersigned authority personally appeared Terry Walker who being duly sworn according to law, deposes and says that he is the petitioner in the foregoing application for court records, And that the fact set forth therein are true and correct to the best of his knowledge, information and belief.

s/ Terry Walker