IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

ALTON COLES,

    PETITIONER,

V.

UNITED STATES OF AMERICA,

    RESPONDENT,

MOTION TO PROCEED IN FORMA PAUPERIS

AND SUPPORTING DECLARATION

Now comes, Alton Coles (hereinafter) referred to as Petitioner, Pro Se seeking this Honorable Court's permission to grant leave to proceed In Forma Pauperis in connection with the filing and docketing fees associated with the 'Motion To Return Property' filed on July 1, 2014. Petitioner files this through the Prison Litigation Reform Act of 1996, statute 28 U.S.C. 1915. Petitioner is unable to afford the docketing and filing fees for this complicated and warranted proceedings. Accompanying this motion is a declaration of indigence under the penalty of perjury that the statements made are true and correct to the best of Petitioner's knowledge.

Date: 7-1-2014    Respectfully Submitted,

*Alton Coles*

Alton Coles, Pro Se