IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | CRIMINAL ACTION NO. 05-440-9 |
| v. | : | |
| | : | CIVIL ACTION NO. 14-7127 |
| HAKIEM JOHNSON | : | |

# O R D E R

**AND NOW**, this  18th  day of  March , 2015, upon consideration of Petitioner Hakiem Johnson's *pro se* Motion to Vacate, Set Aside, or Correct Sentence pursuant to 28 U.S.C. § 2255 (ECF No. 1634), and all documents submitted in support thereof and in opposition thereto, it is **ORDERED** as follows:

    A.    Petitioner's Motion is **DENIED**.

    B.    A certificate of appealability will not issue.

**IT IS SO ORDERED.**

BY THE COURT:

_____
**R. BARCLAY SURRICK, J.**