# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

|  |  |  |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
|  | : |  |
| **v.** | : | **NO. 05-440-01** |
|  | : |  |
| **ALTON COLES** | : |  |
|  | : |  |

## <u>ORDER</u>

    **AND NOW,**        this        day of           , 2024, it is hereby

ORDERED that Petitioner's Motion for Extension of Time to Expand the Record is GRANTED.


**BY THE COURT:**


_____

**HONORABLE R. BARCLAY SURRICK**

**PAUL J. HETZNECKER, ESQUIRE**
**1420 Walnut Street, Suite 911**
**Philadelphia, PA   19102**
**(215) 893-9640**                                    **Attorney for Alton Coles**

### IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **CRIMINAL ACTION** |
| | **:** | |
| **v.** | **:** | **NO. 05-440-01** |
| | **:** | |
| **ALTON COLES** | **:** | |
| | **:** | |

### <u>MOTION FOR EXTENSION OF TIME TO EXPAND THE RECORD</u>

**TO THE HONORABLE R. BARCLAY SURRICK, JUDGE OF THE
UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF
PENNSYLVANIA:**

Petitioner, Alton Coles, by and through his counsel, Paul J. Hetznecker, Esquire, files this Motion for Extension of Time to Expand the Record, pursuant to the Memorandum issued by the Honorable R. Barclay Surrick, dated March 26, 2024, and submits the following in support thereof:

1.     On December 9, 2014, Pro Se Petitioner Alton Coles filed for habeas corpus relief pursuant to 28 U.S.C. §2255 (ECF No. 1624).

2.     Petitioner Alton Coles filed additional motions in support of his original §2255 Motion: Pro Se Motion Pursuant to Rule 15 (c) of Federal Rules of

1

Civil Procedure, Supplemental Pleading (ECF No. 1647), Pro Se Motion for Leave to File Supplemental Brief Pursuant to Fed. R. Civ. P. Rule 15 (d) (ECF No. 1702), Pro Se Memorandum of Law in Support of 2255 Motion (ECF No. 1741), and Supplemental Memorandum of Law Addressing the Necessity for the Court to Have an Evidentiary Hearing on His Claims of Ineffective Assistance of Counsel Pursuant to 28 U.S.C. § 2255 (ECF No. 1816).

3.     On March 6, 2014, Defendant filed a Pro Se Motion to Expand the Record (ECF No. 1574).

4.     On February 21, 2019, present Counsel was appointed to represent Alton Coles for the purpose of his §2255 litigation.

5.     On March 26, 2024, Your Honor granted in part and denied in part Petitioner's various filings in support of habeas corpus relief. Specifically, Your Honor denied relief with respect to Petitioner's Pro Se Motion Pursuant to Rule 15 (c) of Federal Rules of Civil Procedure, Supplemental Pleading (ECF No. 1647), Pro Se Motion for Leave to File Supplemental Brief Pursuant to Fed. R. Civ. P. Rule 15 (d) (ECF No. 1702), Pro Se Memorandum of Law in Support of 2255 Motion (ECF No. 1741), and Supplemental Memorandum of Law Addressing the Necessity for the Court to Have an Evidentiary Hearing on His Claims of Ineffective Assistance of Counsel Pursuant to 28 U.S.C. § 2255 (ECF No. 1816).

2

However, Your Honor granted Petitioner's request to expand the record in part, ruling, "This Motion is granted with respect to Defendant's attempted filing with the Third Circuit because it is relevant to his *Alleyne* claim and denied with respect to the rest of the documents as they do not add any factual information relevant to Defendant's claims."

3.    Counsel for Petitioner files this request for Extension of Time to Expand the Record for the following reasons:

4.    Counsel for Petitioner is scheduled to begin a federal criminal on April 29, 2024 which is expected to last two weeks.

5.    Counsel for Petitioner requests sixty (60) days from the time of Your Honor's order to submit documents to expand the record pursuant to Your Honor's March 26, 2024 ruling.

WHEREFORE, Counsel for Petitioner respectfully requests an additional (60) days for the purpose of reviewing and filing documents to expand the record.

Respectfully submitted,

/s/ Paul J. Hetznecker, Esquire
Paul J. Hetznecker, Esquire
Attorney for Petitioner, Alton Coles

Date: April 22, 2024

3

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that a copy of the foregoing was served upon the following individuals via the Court's electronic filing system:

Robert A. Zauzmer, Esq.
Chief of Appeals Unit
United States Attorney's Office
615 Chestnut Street, 12th Floor
Philadelphia, PA 19106

<u>/s/ Paul J. Hetznecker, Esquire</u>
Paul J. Hetznecker, Esquire
Attorney for Petitioner, Alton Coles

Date: <u>April 22, 2024</u>

4