## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | *AUSA: Francis Weber* |
| | : | |
| v. | : | **Criminal No. 05-440-1** |
| | : | |
| **ALTON COLES** | : | *AFD/Atty: Paul Hetznecker, Esq.* |
| *Reg. No. 59791-066* | : | *CJA Appointed* |

## O R D E R

**AND NOW** this 20th day of January 2026, upon consideration of the Defendant's Motion to Reply (Doc. 1889), it is hereby **ORDERED** that the Motion is **GRANTED**.

BY THE COURT:

HON. KAI N. SCOTT,
**United States District Court Judge**