## IN THE UNITED STATES DISTRICT COURT
### FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | :   *AUSA: Francis Weber* |
| | : |
| **v.** | :   **Criminal No. 05-440-1** |
| | : |
| **ALTON COLES** | :   *AFD/Atty: Paul Hetznecker, Esq.* |
| *Reg. No. 59791-066* | :   *CJA Appointed* |

### O R D E R

**AND NOW** this 20th day of January 2026, upon consideration of the Government's Motion to Stay the Defendant's First Step Act Motion (Doc. 1844), it is hereby **ORDERED** that the Motion is **DENIED** as **MOOT**.

BY THE COURT:

HON. KAI N. SCOTT,
**United States District Court Judge**